UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAD MALENKO (USA) LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIANA SHVARTSMAN, et al.,<br><br>Defendants. | No. 2:24-cv-00121-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 12, 15) |

On January 9, 2024, plaintiff filed this civil action against defendants Diana Shvartsman and Mirage Fine Art. (Doc. No. 1.) The Clerk of the Court entered default as to both defendants because they were served with the summons and complaint and did not file a timely answer, responsive pleading, or otherwise appear in this action. (Doc. Nos. 6, 7, 9, 11.) On May 14, 2024, plaintiff filed the pending motion for default judgment. (Doc. No. 12.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On July 8, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be denied, without prejudice, "[b]ecause the motion does not brief the factors relevant to the propriety of default judgment, and because the motion has not been served on defendants." (Doc. No. 15 at 2.) The findings and recommendations provided that any objections thereto were to be filed within twenty-one (21) days. (*Id.*) To date, no objections have been filed and the time for doing so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 8, 2024 (Doc. No. 15) are adopted in full; and

2. Plaintiff's motion for default judgment against defendants (Doc. No. 12) is denied, without prejudice.

IT IS SO ORDERED.

Dated:   **August 6, 2024**

   /s/ Dale A. Drozd
   DALE A. DROZD
   UNITED STATES DISTRICT JUDGE

2