UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAD MALENKO (USA) LLC, | No. 2:24-cv-00121-DAD-AC |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT |
| DIANA SHVARTSMAN, et al., | |
| Defendants. | (Doc. Nos. 17, 20) |

On January 9, 2024, plaintiff Vlad Malenko (USA) LLC filed this civil action against defendants Diana Shvartsman and Mirage Fine Art ("defendants") asserting claims for breach of contract, breach of the covenant of good faith and fair dealing, conversion, civil theft, and fraud. (Doc. No. 1.) The Clerk of the Court entered default as to both defendants because they were served with the summons and complaint and did not file a timely answer, responsive pleading, or otherwise appear in this action. (Doc. Nos. 6, 7, 9, 11.)

On May 14, 2024, plaintiff filed a motion for default judgment. (Doc. No. 12.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302. On July 8, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion be denied, observing that plaintiff's motion summarily sought default judgment on the basis of the clerk's entry of default, without addressing whether

the legal requirements for default judgment were satisfied. (Doc. No. 15 at 1.) The court adopted the magistrate judge's findings and recommendations and denied plaintiff's motion without prejudice. (Doc. No. 16.)

On September 19, 2024, plaintiff filed the pending renewed motion for default judgment. (Doc. No. 17.) On January 21, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted. (Doc. No. 20.) The findings and recommendations provided that any objections thereto were to be filed within twenty-one (21) days. (*Id.* at 10.) To date, no objections have been filed and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.[1]

Accordingly:

1. The findings and recommendations issued on January 21, 2025 (Doc. No. 20) are ADOPTED in full;

2. Plaintiff's motion for default judgment against defendants (Doc. No. 17) is GRANTED;

3. Default judgment is ENTERED in favor of plaintiff and against defendants in the amount of $428,622.65 (comprising $420,593.85 in damages, $7,312.00 in attorney's fees, and $716.80 in costs); and

/////

/////

---

[1] The court notes that the findings and recommendations contain a very minor arithmetic or typographical error. In determining damages, the magistrate judge calculated the outstanding balance owed by defendants by subtracting the amount paid to plaintiff for the merchandise from the value of the merchandise sent to defendants and determined that amount is $140,197.95. (Doc. No. 20 at 8.) Trebled pursuant to California Penal Code § 496, the magistrate judge concluded that plaintiff has established damages in the amount of $420,593.95. (*Id.*) The court observes that trebling the outstanding balance of $140,197.95 actually results in damages of $420,593.85 and will award damages in that amount.

2

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**June 17, 2025**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3